1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Kimberly Arcoleo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| Kimberly Arcoleo, | ) Case No.: CV-11-1362-PHX-ROS |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| Encore Receivable Management, Inc., | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, Kimberly Arcoleo ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

1

Notice of Settlement

1  DATED: March 27, 2012            RESPECTFULLY SUBMITTED,

2                                    KROHN & MOSS, LTD.

3
                                   By: /s/ Ryan Lee
4
                                       Ryan Lee (SBN: 024846)
5                                      Krohn & Moss, Ltd.
                                       10474 Santa Monica Blvd., Suite 401
6                                      Los Angeles, CA 90025
                                       Tel: 323-988-2400 x241
7                                      Fax: 866-583-3695
                                       rlee@consumerlawcenter.com
8                                      Attorneys for Plaintiff,
                                       Kimberly Arcoleo
9

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:     /s/ Ryan Lee

Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Kimberly Arcoleo

Notice of Settlement