IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Arcoleo,<br><br>      Plaintiff,<br><br>vs.<br><br>Encore Receivable Management Incorporated,<br><br>      Defendant. | CV-11-01362-PHX-ROS<br><br>**AMENDED ORDER** |

IT IS ORDERED *nunc pro tunc* amending the Court's March 28, 2012 Order (Doc. 21) and striking that part of the order directing the Clerk to enter judgment in this case.

IT IS FURTHER ORDERED, pursuant to the parties' Notice of Settlement (Doc. 20), this action will be dismissed with prejudice by the Clerk's Office without further notice on April 30, 2012, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

IT IS FURTHER ORDERED that all pending motions and stipulations are DENIED without prejudice as moot and all pending deadlines are vacated.

IT IS FURTHER ORDERED that all scheduled hearings and/or the trial date are VACATED.

DATED this 1st day of May, 2012.

_____
Roslyn O. Silver
Chief United States District Judge